IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS E. STURDIVANT,                :
                                     :
        Plaintiff,                   :
                                     :
vs.                                  :   CIVIL ACTION 09-0548-WS-M
                                     :
STEPEN BRAIDLY, et al.,              :
                                     :
        Defendants.                  :

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 31st day of December, 2009.

                           s/WILLIAM H. STEELE
                           UNITED STATES DISTRICT JUDGE