```
               IN THE UNITED STATES DISTRICT COURT FOR THE
                      SOUTHERN DISTRICT OF ALABAMA
                            SOUTHERN DIVISION


THOMAS E. STURDIVANT,               :
                                    :
        Plaintiff,                  :
                                    :
vs.                                 :   CIVIL ACTION 09-0548-WS-M
                                    :
STEPEN BRAIDLY, et al.,             :
                                    :
        Defendants.                 :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 31st day of December, 2009.

                                                       <u>s/WILLIAM H. STEELE</u>
                                                       UNITED STATES DISTRICT JUDGE